UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jeffrey Siegel, et al.
                             Plaintiff,

v.                                              Case No.: 1:15−cv−10139
                                                Honorable John Robert Blakey

HSBC Holdings, PLC, et al.
                             Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2016:

MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 2/23/2016. Plaintiff's motion for order appointing special process servicer [12] is granted. Plaintiff's motion for order appointing special process server [8] is denied as moot. Plaintiff's motion for extension of time to perfect service of process [14] is granted. That APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the Defendants, HSBC HOLDINGS, PLC. in London; HSBC BANK MIDDLE EAST LIMITED in Saint Helier; and AL RAJHI BANK in Saudi Arabia. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice. Status hearing set for 5/24/2016 at 9:45 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.