UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, deceased, and Moustapha Akkad's heirs, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC HOLDINGS, PLC, et al., <br><br> Defendants. | Case No. 15 C 10139 <br><br> Judge John Robert Blakey |

### ORDER TO APPOINT SPECIAL PROCESS SERVER TO SERVE A CORPORATION IN A FOREIGN COUNTRY

**THIS CAUSE** coming on to be heard, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

That APS International, Ltd., including its designated agents, is appointed Special Process Server for the purpose of serving process on Defendant AL RAJHI BANK f/k/a AL RAJHI BANKING and INVESTMENT CORPORATION in Saudi Arabia. Service shall be effected according to any internationally agreed means pursuant to Rule 4(f)(3) by delivering a copy of the summons and the Complaint to an officer, a managing or general agent, or any other agent authorized by appointment of law to receive service of process (and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the Defendant).

Dated: May 24, 2016

ENTERED:

_____
John Robert Blakey
United States District Judge