SFP: 2016-5627
Ref: HSBC Holdings PLC

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 16 May 2016**
**que le demande a ete executee      le (date)**

| | |
|---|---|
| -at (place, street, number) | **HSBC HOLDINGS PLC** |
| -a (localite, rue, numero) | **Canada Square, London,** |
| | **E14 5HQ** |

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

| | |
|---|---|
| **b) in accordance with the following particular method selon la forme particuliere suivante** | **The documents were served by posting them through the defendant's letterbox. This method is good service under rule 6.3 (1) (c) of the Civil Procedure Rules of England and Wales.** |

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)         :

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:


in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 19 May, 2016
le

Signature and/or stamp:
Signature et/ou cachet:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Jeffrey Siegel, Administrator of the Estate of Moustapha Akkad, deceased, and Moustapha Akkad's heirs; Sooha Akkad, individually; Susan Gitelson, Special Administrator of the Estate of Rima Akkad Monla, deceased, and Rima Akkad Monla's heirs, Ziad Monla, individually, and on behalf oh his minor sons; and Michael Butler,
Plaintiffs,

V.

HSBC Holdings, PLC; HSBC North America Holdings Inc.; HSBC Bank USA, N.A.; HSBC Securities Inc.; HSBC Finance Corporation; HSBC USA Inc.; HSBC Bank Middle East Limited; and Al Rajhi Bank f/k/a Al Rajhi Banking and Investment Corporation,
Defendants.

CASE NUMBER: 1:15-cv-10139

ASSIGNED JUDGE: Honorable John Robert Blakely

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

HSBC Holdings, PLC
8 Canada Square
London E14 5HQ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William T. Gibbs
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 12, 2016

DATE