IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, deceased, and MOUSTAPHA AKKAD's heirs; SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased, and RIMA AKKAD MONLA's heirs, ZIAD MONLA, individually, and on behalf of his minor sons; and MICHAEL BUTLER<br><br>Plaintiffs,<br><br>v.<br><br>HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., HSBC BANK USA, N.A., HSBC SECURITIES (USA) INC., HSBC FINANCE CORPORATION, HSBC BANK MIDDLE EAST LIMITED AND AL RAJHI BANK,<br><br>Defendants. | Case No. 15-cv-10139 (JRB) |

**HSBC DEFENDANTS' MOTION
TO STRIKE, DISMISS AND TRANSFER**

Pursuant to Rules 12(f) and 12(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), defendants HSBC Holdings, plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA), Inc., HSBC Finance Corporation, HSBC USA Inc., and HSBC Bank Middle East Limited (collectively, the "HSBC Defendants") respectfully move to strike, dismiss and transfer.

The specific grounds for this Motion are set forth in the HSBC Defendants' accompanying Memorandum of Law in Support of its Motion to Strike, Dismiss and Transfer filed contemporaneously with this Motion and fully incorporated by reference herein.

WHEREFORE, for all the reasons set forth in this Motion and its accompanying Memorandum of Law, the HSBC Defendants respectfully request that this Court strike claims against HSBC North America Holdings Inc., HSBC USA, Inc., HSBC Finance Corporation and HSBC Securities (USA) Inc. from Plaintiffs' Complaint, dismiss HSBC Holdings, plc and HSBC Bank Middle East Limited from Plaintiffs' Complaint, and transfer what remains of the action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

Dated: December 20, 2016

Respectfully submitted,

/s/ Justin A. McCarty
Justin A. McCarty
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 6006
(312) 782-0600

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
MHanchet@mayerbrown.com
RHamburg@mayerbrown.com

Marc R. Cohen
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
MCohen@mayerbrown.com

*Counsel for Defendants HSBC Holdings plc, HSBC North America Holdings, Inc., HSBC USA Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc., HSBC Finance Corporation and HSBC Bank Middle East Limited*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on December 20, 2016, he caused a copy of this DEFENDANTS' MOTION TO STRIKE, DISMISS AND TRANSFER PLAINTIFFS' COMPLAINT to be filed via the ECF system for receipt by the attorneys that have appeared for the parties.

                                                 /s/ *Justin A. McCarty*
                                                  Justin A. McCarty