IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, deceased, and MOUSTAPHA AKKAD's heirs; SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased, and RIMA AKKAD MONLA's heirs, ZIAD MONLA, individually, and on behalf of his minor sons; and MICHAEL BUTLER<br><br>Plaintiffs,<br><br>v.<br><br>HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC BANK USA, N.A., HSBC BANK MIDDLE EAST LIMITED; AND AL RAJHI BANK f/k/a AL RAJHI BANKING AND INVESTMENT CORPORATION,<br><br>Defendants. | Case No. 15-cv-10139 (JRB) |

## HSBC DEFENDANTS' MOTION
## TO STRIKE, DISMISS AND TRANSFER

Pursuant to Rules 12(f) and 12(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), defendants HSBC Holdings, plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Bank Middle East Limited (collectively, the "HSBC Defendants") respectfully move to strike, dismiss and transfer.

The specific grounds for this Motion are set forth in the HSBC Defendants' accompanying Memorandum of Law in Support of its Motion to Strike, Dismiss and Transfer filed contemporaneously with this Motion and fully incorporated by reference herein.

WHEREFORE, for all the reasons set forth in this Motion and its accompanying Memorandum of Law, the HSBC Defendants respectfully request that this Court strike claims against HSBC North America Holdings, Inc., dismiss HSBC North America Holdings, plc and HSBC Bank Middle East Limited from Plaintiffs' Amended Complaint, and transfer what remains of the action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

Dated: May 19, 2017

Respectfully submitted,

*/s/ Justin A. McCarty*
Justin A. McCarty
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois  6006
(312) 782-0600

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
MHanchet@mayerbrown.com
RHamburg@mayerbrown.com

*Counsel for Defendants HSBC Holdings plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Bank Middle East Limited*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 19, 2017, he caused a copy of this HSBC DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT to be filed via the ECF system for receipt by the attorneys that have appeared for the parties.

                                                            _/s/ Justin A. McCarty_
                                                               Justin A. McCarty