UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jeffrey Siegel, et al<br><br>Plaintiff,<br><br>v.<br><br>HSBC Holdings, PLC et al<br><br>Defendant. | Case No. 15 CV 10139<br><br>Judge John Robert Blakey |

## ORDER

Enter Memorandum Opinion and Order. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant Al Rajhi Bank's Motion to Dismiss or To Transfer [64] is granted without prejudice. The Motion to Strike, Dismiss and Transfer filed by the HSBC entities [67] is denied in part and granted in part. Plaintiffs' claims against HSBC Holdings, plc and HSBC Bank Middle East Limited are dismissed without prejudice for want of personal jurisdiction. The Clerk is directed to transfer the remainder of this action, consisting of Plaintiffs' claims against HSBC North America Holdings, Inc. and HSBC Bank USA, N.A., to the United States District Court for the Southern District of New York. All other dates and deadlines are stricken.

Date: August 14, 2017

ENTERED:

_____
John Robert Blakey
United States District Judge